**Petition for Writ of Mandamus Denied and Memorandum Opinion filed February 27, 2024.**



In The

# Fourteenth Court of Appeals

## NO. 14-24-00112-CV

### IN RE WISENBAKER BUILDER SERVICES, INC., Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**10th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 22-CV-1731**

## MEMORANDUM OPINION

On February 12, 2024, relator Wisenbaker Builder Services, Inc. filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Kerry L. Neves, presiding judge of the 10th District Court, to vacate an order granting a motion to compel relator to arbitration.

Relator has not established that it is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Wilson.